UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| IOWA TRIBE OF | ) | |
| KANSAS AND NEBRASKA | ) | |
| Route 1, Box 58A | ) | |
| White Cloud, Kansas 66094 | ) | CASE NO.1:06-cv- 1899 RCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORN | ) | Motion for Admission |
| Secretary of the Interior, | ) | Pro Hac Vice |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| ROSS O. SWIMMER | ) | |
| Special Trustee | ) | |
| Office of Special Trustee for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| HENRY PAULSON | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Keith Griffin, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Keith Griffin to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Keith Griffin prepared and submitted in accordance

1

with LCvR 83.2(d) which demonstrates that Attorney Griffin meets all of the requirements of that local rule.

Respectfully submitted this 10th day of November, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel: (410) 489-4553

# UNITED STATES DISTRICT COURT
# FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| IOWA TRIBE OF ) <br> KANSAS AND NEBRASKA ) <br> Route 1, Box 58A ) <br> White Cloud, Kansas 66094 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORN ) <br> Secretary of the Interior, ) <br> U.S. Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> ROSS O. SWIMMER ) <br> Special Trustee ) <br> Office of Special Trustee for American Indians ) <br> Department of the Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240 ) <br> ) <br> HENRY PAULSON ) <br> Secretary of the Treasury ) <br> 1500 Pennsylvania Avenue N.W. ) <br> Washington, D.C. 20220 ) <br> ) <br> Defendants. ) | CASE NO.1:06-cv- 1899 RCL <br><br> Declaration of <br> Keith Griffin |

---

### DECLARATION OF KEITH D. GRIFFIN

As required by LCvR 83.2(d), I Keith D. Griffin declare under penalty of perjury as follows:

1. My legal name is Keith D. Griffin.

2. My office address and telephone number are:
    Girardi & Keese
    1126 Wilshire Blvd.
    Los Angeles, CA 90017
    (213) 977-0211

3. I have been a member of the State Bar of California since December of 1999. I am also admitted to practice law before the United States District Courts for the

1

Central District of California.

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th day of November 2006.

/s/_____
Keith D. Griffin
California Bar # 204388
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
(213) 977-0211

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| IOWA TRIBE OF )<br>KANSAS AND NEBRASKA )<br>Route 1, Box 58A )<br>White Cloud, Kansas 66094 )<br>)<br>                        Plaintiff, )<br>)<br>            v. )<br>)<br>DIRK KEMPTHORN )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>HENRY PAULSON )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br>)<br>                        Defendants. ) | CASE NO.1:06-cv- 1899 RCL<br><br><br><br><br>Proposed Order |

For the reasons set for in the Motion filed by Attorney Keith Griffin and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Keith Griffin's Declaration dated November 10, 2006, which demonstrates that Attorney Griffin meets all of the requirements of LCvR 83.2 (d),   it is

1

2

ORDERED, this _____ day of November, 2006, that Attorney Keith Griffin's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge