UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| IOWA TRIBE OF )<br>KANSAS AND NEBRASKA )<br>Route 1, Box 58A )<br>White Cloud, Kansas 66094 )<br>)<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>DIRK KEMPTHORN )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>HENRY PAULSON )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br>)<br>      Defendants. ) | CASE NO.1:06-cv- 1899 RCL<br><br><br><br>Motion for Admission<br>Pro Hac Vice |

  Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Walter Lack, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Walter Lack to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Walter Lack prepared and submitted in accordance with LCvR

83.2(d) which demonstrates that Attorney Lack meets all of the requirements of that local rule.

Respectfully submitted this 10th day of November, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel: (410) 489-4553

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| IOWA TRIBE OF )<br>KANSAS AND NEBRASKA )<br>Route 1, Box 58A )<br>White Cloud, Kansas 66094 ) | CASE NO.1:06-cv- 1899 RCL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DIRK KEMPTHORN ) | Declaration of Walter Lack |
| Secretary of the Interior, ) | Pro Hac Vice Document |
| U.S. Department of the Interior ) | |
| 1849 C Street, N.W. ) | |
| Washington, D.C. 20240 ) | |
| ) | |
| ROSS O. SWIMMER ) | |
| Special Trustee ) | |
| Office of Special Trustee for American Indians ) | |
| Department of the Interior ) | |
| 1849 C Street, N.W. ) | |
| Washington, D.C. 20240 ) | |
| ) | |
| HENRY PAULSON ) | |
| Secretary of the Treasury ) | |
| 1500 Pennsylvania Avenue N.W. ) | |
| Washington, D.C. 20220 ) | |
| ) | |
| Defendants. ) | |

As required by LCvR 83.2(d), I Walter J. Lack declare under penalty of perjury as follows:

1. My legal name is Walter John Lack.

2. My office address and telephone number are:
    Engstrom, Lipcomb & Lack
    10100 Santa Monica Boulevard
    16th Floor
    Los Angeles, California 90067-4107
    (310) 552- 3800

3. I have been a member of the State Bar of California since November 8, 1973. I am also admitted to practice law before the following courts:

1

    The United States District Court for the Central District of California
Admitted – November 8, 1973

    The United States District Court for the Ninth Circuit
Admitted- 1973

    The United States Supreme Court
Admitted – 1981

    The United States District Court for the District of Hawaii,
Admitted, February 1, 2001

    The United States District Court for the District of Indiana,
Indianapolis Division
Admitted- June 2004

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear pro hac vice in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th day of November 2006.

                    ___/s/_____
                    Walter John Lack
                    California Bar # 57550
                    Engstrom, Lipcomb & Lack
                    10100 Santa Monica Boulevard
                    16th Floor
                    Los Angeles, California 90067
                    (310) 552-3800

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| IOWA TRIBE OF | ) | |
| KANSAS AND NEBRASKA | ) | |
| Route 1, Box 58A | ) | |
| White Cloud, Kansas 66094 | ) | CASE NO.1:06-cv- 1899 RCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORN | ) | Proposed Order |
| Secretary of the Interior, | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| ROSS O. SWIMMER | ) | |
| Special Trustee | ) | |
| Office of Special Trustee for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| HENRY PAULSON | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set for in the Motion filed by Attorney Walter J. Lack and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Walter's J. Lack's Declaration dated November 10, 2006, which demonstrates that Attorney Lack meets all of the requirements of LCvR 83.2 (d),   it is

1

2

ORDERED, this _____ day of November, 2006, that Attorney Walter Lack's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge