UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | |
|---|---|
| IOWA TRIBE OF )<br>KANSAS AND NEBRASKA )<br>Route 1, Box 58A )<br>White Cloud, Kansas 66094 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORN )<br>Secretary of the Interior, )<br>U.S. Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>ROSS O. SWIMMER )<br>Special Trustee )<br>Office of Special Trustee for American Indians )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240 )<br>)<br>HENRY PAULSON )<br>Secretary of the Treasury )<br>1500 Pennsylvania Avenue N.W. )<br>Washington, D.C. 20220 )<br>)<br>Defendants. ) | CASE NO.1:06-cv- 1899 RCL<br><br><br><br><br><br><br>Motion for Admission<br>Pro Hac Vice |

Pursuant to LCvR 83.2(d), the undersigned attorney, Patricia Marks, a member in good standing of the bar of this Court, accompanied by Brian J. Leinbach, a member in good standing of the State Bar of California, hereby respectfully move this Court to permit Brian J. Leinback to appear *pro hac vice* in the above entitled action on behalf of the Plaintiff. This motion is supported by the accompanying Declaration of Brian Leinbach prepared and submitted in

1

2

accordance with LCvR 83.2(d) which demonstrates that Attorney Leinbach meets all of the requirements of that local rule.

Respectfully submitted this 10th day of November, 2006

/s/_____
Patricia Marks, Esq.
U.S. District Court Bar # 22672
15992 A.D. Mullinix Road
Woodbine, Maryland 21797
Tel: (410) 489-4553

2

UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| IOWA TRIBE OF | ) | |
| KANSAS AND NEBRASKA | ) | |
| Route 1, Box 58A | ) | |
| White Cloud, Kansas 66094 | ) | CASE NO.1:06-cv- 1899 RCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORN | ) | Declaration of |
| Secretary of the Interior, | ) | Brian Leinbach |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| ROSS O. SWIMMER | ) | |
| Special Trustee | ) | |
| Office of Special Trustee for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| HENRY PAULSON | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendants. | ) | |

DECLARATION OF BRIAN J. LEINBACH

    As required by LCvR 83.2(d), I BRIAN J. LEINBACH, declare under penalty of perjury as follows:

1. My legal name is Brian J. Leinbach

    2. My office address and telephone number are:
       Engstrom, Lipcomb & Lack
       10100 Santa Monica Boulevard
       16th Floor
       Los Angeles, California 90067-4107
       (310) 552- 3800

    3. I have been a member of the State Bar of California since December 14, 1992. I

am also admitted to practice law before the United States District Court for the Central District of California in December 14, 1992.

4. I have never been disbarred or suspended from the practice of law. I have also not been disciplined by any Bar.

5. I have not been admitted to appear *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar Association, and I do not have an application for membership pending with the District of Columbia Bar.

Respectfully submitted this 10th day of November 2006.

/s/_____
Brian J. Leinbach
California Bar # 161739
Engstrom, Lipcomb & Lack
10100 Santa Monica Boulevard
16th Floor
Los Angeles, California 90067
(310) 552-3800

# UNITED STATES DISTRICT COURT
# FOR THE DISTRIC OF COLUMBIA

| | | |
|---|---|---|
| IOWA TRIBE OF | ) | |
| KANSAS AND NEBRASKA | ) | |
| Route 1, Box 58A | ) | |
| White Cloud, Kansas 66094 | ) | CASE NO.1:06-cv- 1899 RCL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORN | ) | Proposed Order |
| Secretary of the Interior, | ) | |
| U.S. Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| ROSS O. SWIMMER | ) | |
| Special Trustee | ) | |
| Office of Special Trustee for American Indians | ) | |
| Department of the Interior | ) | |
| 1849 C Street, N.W. | ) | |
| Washington, D.C. 20240 | ) | |
| | ) | |
| HENRY PAULSON | ) | |
| Secretary of the Treasury | ) | |
| 1500 Pennsylvania Avenue N.W. | ) | |
| Washington, D.C. 20220 | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set for in the Motion filed by Attorney Brian Leinbach and signed by Attorney Patricia A. Marks, a member in good standing of this BAR, and following a review of the Brian Leinbach's Declaration dated November 10, 2006, which demonstrates that Attorney Leinbach meets all of the requirements of LCvR 83.2 (d), it is ORDERED, this _____ day of November, 2006, that Attorney Brian

1

2

Leinbach's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

_____
Royce C. Lambert
United States District Court Judge