UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IOWA TRIBE OF KANSAS AND NEBRASKA, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civ. Action No. 06-1899 (RCL) |
| DIRK KEMPTHORNE, Secretary of the Interior, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

For reasons set forth in the Motion [3] filed by Attorney Thomas Girardi and signed by Attorney Patricia A. Marks, a member in good standing of this Bar, and following a review of Thomas Girardi's Declaration, which demonstrates that Attorney Girardi meets all the requirements of LCvR 83.2(d), it is hereby

ORDERED, that Attorney Thomas Girardi's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 14, 2006.