UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IOWA TRIBE OF KANSAS AND NEBRASKA, ) ) ) ) Plaintiff, ) ) v. ) ) DIRK KEMPTHORNE, ) Secretary of the Interior, *et al.*, ) ) Defendants. ) ) | Civ. Action No. 06-1899 (RCL) |

## ORDER

For reasons set forth in the Motion [4] filed by Attorney Keith Griffin and signed by Attorney Patricia A. Marks, a member in good standing of this Bar, and following a review of Keith Griffin's Declaration, which demonstrates that Attorney Griffin meets all the requirements of LCvR 83.2(d), it is hereby

ORDERED, that Attorney Keith Griffin's Motion for Admission to Appear Pro Hac Vice in the above captioned case is GRANTED.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 14, 2006.