IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IOWA TRIBE OF KANSAS AND NEBRASKA, Plaintiff, v. DIRK KEMPTHORNE, Secretary of the Interior, <u>et al.</u>, Defendants. | Case No. 1:06cv01899 (JR) |

**PARTIES' JOINT STIPULATION REGARDING
CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS,
AND [PROPOSED] ORDER**

WHEREAS Plaintiff Iowa Tribe of Kansas and Nebraska ("Plaintiff") has filed this case seeking declaratory and injunctive relief against Defendants related to the trust accounting and trust management responsibilities allegedly owed by Defendants to Plaintiff;

WHEREAS Plaintiff and Defendants (hereinafter "the parties") desire to enter into discussions that may result in a settlement of Plaintiff's claims at issue in this case, without the need for protracted litigation;

WHEREAS the parties agree that they will conduct settlement discussions with the clear, explicit, and mutual understanding that all of their settlement communications, whether written or oral, will be kept confidential and not be released to any other person or entity;

WHEREAS the parties agree that they will mark clearly the written communications relating to their settlement discussions with the label or endorsement "Confidential Settlement Discussions—Do Not Disclose"; and

WHEREAS the parties agree that their ability to resolve or advance the resolution of

Plaintiff's claims at issue in this case, in an efficient and resource-conserving manner and without the need for protracted litigation, will be significantly diminished if the parties cannot rely on the expectation that the settlement discussions will be kept confidential,

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING:

1. For the purposes of this Joint Stipulation and Order, the term "settlement communications" means any communications made, exchanged, or provided by Plaintiff; Plaintiff's attorneys, representatives, employees, agents, or consultants; Defendants; or Defendants' attorneys, representatives, employees, agents, or consultants, in, or for purposes of, settling this case, regardless of whether the communications are oral, written, electronic, telephonic, or otherwise. "Settlement communications" include but are not limited to those provided in or through meetings, telephone calls, correspondence, briefs, or memoranda not filed with the Court, reports, appraisals, or any other documents, and any part thereof.

2. All settlement communications in this case, whether written or oral, shall be kept confidential, and they shall not be disclosed to any person or entity seeking their disclosure by any means, including but not limited to requests submitted to the United States Department of the Interior, the United States Department of the Treasury, and the United States Department of Justice, under the Freedom of Information Act, 5 U.S.C. § 552.

3. Until further order of this Court, this Joint Stipulation and Order shall remain in full force and effect after the dismissal of the case and regardless of whether the parties reach settlement.

Respectfully submitted on this 14th day of November, 2007,

                                              RONALD J. TENPAS
                                              Acting Assistant Attorney General

*/s/ Patricia A. Marks, by /s/ Kevin J. Larsen*

*pursuant to written authorization*
*on November 14, 2007*                /s/ Kevin J. Larsen
PATRICIA A. MARKS                     ANTHONY P. HOANG, FL Bar #798193
United States District Court Bar #22672     KEVIN J. LARSEN, AZ Bar #019865
15992 A.E. Mullinix Road                United States Department of Justice
Woodbine, MD  21797-8440            Environment and Natural Resources Division
Tel:  (410) 489-4553                      Natural Resources Section
Fax: (301) 854-5117                      P.O. Box 663
                                                   Washington, D.C.  20044-0663
WALTER J. LACK                   Tel: (202) 305-0241
BRIAN J. LEINBACH                Tel: (202) 305-0258
Engstrom, Lipscomb & Lack          Fax: (202) 353-2021
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107          Attorneys for Defendants
Tel:  (310) 552-3800
Fax: (310) 552-9434                      OF COUNSEL:

THOMAS V. GIRARDI              GLADYS ORR COJOCARI
KEITH GRIFFIN                       Office of the Solicitor
Girardi & Keese                     United States Department of the Interior
1126 Wilshire Boulevard               Washington, D.C.  20240
Los Angeles, CA 90017-1904
Tel:  (213) 977-0211                      TERESA E. DAWSON
Fax: (213) 481-1554                      Office of the Chief Counsel
                                                   Financial Management Service
GREGORY A. YATES               United States Department of the Treasury
16830 Ventura Blvd, Suite 250        Washington, D.C.  20227
Encino, CA 91436
Tel:  (310) 858-6944
Fax: (818) 905-7038

Attorneys for Plaintiff

## [PROPOSED] ORDER

        SO ORDERED.

Date: _____                    _____
                                                   HON. JAMES ROBERTSON
                                                   United States District Court