IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IOWA TRIBE OF KANSAS AND NEBRASKA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06cv01899 (JR) |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

    Please enter the appearance of Michael D. Thorp as additional counsel for defendants in this case.

    Service of all papers on Mr. Thorp by regular United States mail should be made to the following address:

>Michael D. Thorp
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663
>Telephone: (202) 305-0456
>Facsimile: (202) 353-2021
>E-mail: michael.thorp@usdoj.gov

Express Delivery:

>601 D. Street, N.W.
>Room 3137
>Washington, D.C. 20004

    Service of all further pleadings, documents or other papers herein, exclusive of original

process, should continue to be made upon Anthony P. Hoang, counsel for the defendants.

Respectfully submitted this 12th day of March, 2008,

        */s/ Michael D. Thorp*
        MICHAEL D. THORP

        ANTHONY P. HOANG, FL Bar #798193
        MICHAEL D. THORP
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Tel: (202) 305-0241
        Tel: (202) 305-0456
        Fax: (202) 353-2021

        Attorneys for Defendants

        OF COUNSEL:

        GLADYS ORR COJOCARI
        Office of the Solicitor
        United States Department of the Interior
        Washington, D.C.  20240

        TERESA E. DAWSON
        Office of the Chief Counsel
        Financial Management Service
        United States Department of the Treasury
        Washington, D.C.  20220

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF APPEARANCE was served on March 12, 2008, by Electronic Case Filing or by regular United States Mail, first-class postage pre-paid, and electronic mail transmission or telefax, unless otherwise noted below, on the following counsel:

BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

WALTER J. LACK
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Tel:  (410) 489-4553
Fax: (301) 854-5117

THOMAS V. GIRARDI
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel:  (213) 977-0211
Fax: (213) 481-1554

KEITH D. GRIFFIN
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
kgriffin@girardikeese.com

                                             */s/ Michael D. Thorp*
                                             *MICHAEL D. THORP*