IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IOWA TRIBE OF KANSAS AND NEBRASKA, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06cv01899 (JR) |
| | ) | |
| DIRK KEMPTHORNE, Secretary of the Interior, <u>et al.</u>, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR ENTRY OF TRUST RECORD PRESERVATION ORDER**

---

On April 29, 2008, the Salt River Pima-Maricopa Indian Community ("the Community")

and other plaintiffs filed motions for the entry of trust record preservation orders ("Motion for

RRO") in their respective cases. *See, e.g.,* Motion for RRO, *Salt River Pima-Maricopa Indian*

*Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 31). In the

memorandum accompanying the Motion for RRO, counsel for the Community represented that

twenty-two additional individual and groups of tribal plaintiffs "joined in th[e] motion." *See,*

*e.g.,* Memo in Support of Motion for RRO, *Salt River Pima-Maricopa Indian Community v.*

*Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.) (Dkt. No. 32), p. 3. Plaintiff in this case

is among the Tribes identified as having joined in the Motion for RRO. Indeed, on May 2,

2008, Plaintiff in the instant case filed a motion to join the Motion for RRO. The Court granted

Plaintiff's motion to join on May 6, 2008.

On the same date as this Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Response"), the defendants in *Salt River Pima-Maricopa Indian Community* have filed, or will file, a Response to Plaintiff's Motion for Entry of Trust Record Preservation Order ("Opposition"), as well as numerous declarations in support of the Opposition. In the Opposition, the defendants explain in great detail why record retention orders in these Tribal trust cases are unnecessary and prejudicial to the defendants because the orders would, (1) in all critical respects, be duplicative of record preservation procedures already in place, and (2) in numerous critical respects, impose burdens upon the defendants that would substantially impede their operations and mission. Because Defendants in the instant case believe that no trust preservation order is necessary or appropriate, Defendants join in the Opposition filed by the defendants in *Salt River Pima Maricopa Tribe*, and, in support of the instant Response, rely upon the declarations filed in support of the Opposition.

For the reasons set forth above, as well as the reasons set forth in the Opposition and supporting declarations filed in *Salt River Pima Maricopa Tribe*, Defendants request that Plaintiff's Motion for Entry of Trust Record Preservation Order be denied in its entirety.

Respectfully submitted this 20th day of June 2008,

*/s/ Michael D. Thorp*
MICHAEL D. THORP
ANTHONY P. HOANG, FL Bar #798193
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0456
Tel: (202) 305-0241
Fax: (202) 353-2021

Attorneys for Defendants

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C.  20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C.  20220

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing DEFENDANTS'

RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF TRUST RECORD

PRESERVATION ORDER was served on June 20, 2008, by Electronic Case Filing or by

regular United States Mail, first-class postage pre-paid, and electronic mail transmission or

telefax, unless otherwise noted below, on the following counsel:


BRIAN J. LEINBACH
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

WALTER J. LACK
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA  90067-4107
Tel:  (310) 552-3800
Fax: (310) 552-9434

PATRICIA A. MARKS
15992 A.E. Mullinix Road
Woodbine, MD  21797-8440
Tel:  (410) 489-4553
Fax: (301) 854-5117

THOMAS V. GIRARDI
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017-1904
Tel:  (213) 977-0211
Fax: (213) 481-1554

KEITH D. GRIFFIN
Girardi & Keese
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tel: (213) 977-0211
Fax: (213) 481-1554
kgriffin@girardikeese.com

/s/ Michael D. Thorp
MICHAEL D. THORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IOWA TRIBE OF KANSAS AND )
NEBRASKA, )
           )
        Plaintiff, )
           )
        v. )        Case No. 1:06cv01899 (JR)
           )
DIRK KEMPTHORNE, )
Secretary of the Interior, et al., )
           )
        Defendants. )
_____)

**[PROPOSED] ORDER**

        This matter is before the Court on Plaintiff's Motion for Entry of Trust Record

Preservation Order.  Upon consideration of the motion and supporting memoranda, the response

filed in this case as well as the response submitted by the defendants in *Salt River Pima-*

*Maricopa Indian Community v. Kempthorne, et al.*, Case No. 06-CV-02241-JR (D.D.C.), the

record, and the relevant law, it is on this _____ day of _____, 2008,

        ORDERED that, for good cause shown, Plaintiff's motion is DENIED.

Dated: _____        _____

                                        JAMES ROBERTSON
                                        United States District Judge